IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UJU ONUACHI, | ) |
| | ) 8:04CV0220 |
| Plaintiff, | ) |
| | ) |
| vs. | ) ORDER |
| | ) |
| ALLIANCE GROUP, | ) |
| | ) |
| Defendant. | ) |

    This matter is before the court on filing no. 38, the motion to amend, filed by the plaintiff. In filing no. 38, the plaintiff requests leave to amend the complaint. However, after review of the proposed amended complaint, it appears that the plaintiff is merely supplementing and clarifying issues in the original complaint. Therefore, filing no. 38 will be construed as a motion to supplement. Filing no. 38 is granted.

    SO ORDERED.

    DATED this 18th day of April, 2005.

                                                       BY THE COURT:

                                                       s/F.A. GOSSETT
                                                       United States Magistrate Judge